**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION**

| | |
|---|---|
| Herbert Ballard, ) | C/A No. 0:08-4150-CMC-PJG |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Michael J. Astrue, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court on Defendant's unopposed motion for entry of judgment reversing and remanding, pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g). Dkt. No. 25. In light of the consent of both parties, *see* Dkt. No. 25-1 at 1, the court grants this motion.

The court hereby **reverses** the Commissioner's decision under sentence four, 42 U.S.C. § 405(g), and **remands** the case to the Commissioner for further administrative proceedings in accordance with the Commissioner's unopposed motion. *See Shalala v. Schaefer*, 509 U.S. 292, 296-301 & n.1 (1993).

**IT IS SO ORDERED.**

                                                    s/ Cameron McGowan Currie
                                                    CAMERON MCGOWAN CURRIE
                                                    UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
December 23, 2009